1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                                EASTERN DISTRICT OF CALIFORNIA

10

11   THUAN HUY HA,                              1:07-cv-001400-AWI-WMW (HC)

12                  Petitioner,
                                                ORDER AUTHORIZING
13        vs.                                   IN FORMA PAUPERIS STATUS

14   NEIL H. ADLER,

15                  Respondent.
     _____/
16

17        Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus

18   pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to

19   proceed *in forma pauperis*.  The petition will be screened in due course.

20                                              IT IS SO ORDERED.

21   Dated:    September 25, 2007          /s/  William M. Wunderlich
                                           UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28