# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUAN HUY HA, | ) 1:07 CV 01400 AWI WMW HC </br> ) </br> ) ORDER DENYING MOTION TO SUSPEND </br> ) BRIEFING SCHEDULE </br> ) </br> ) [Doc. 10] </br> ) </br> ) ORDER MODIFYING BRIEFING SCHEDULE </br> ) </br> ) Answer due in 30 days </br> ) </br> ) |
| Petitioner, | |
| v. | |
| NEIL H. ADLER, | |
| Respondent. | |

 Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  On January 30, 2008, Respondent filed a motion to suspend the briefing schedule in this case pending resolution of other cases that raise similar issues.  The court finds that the issues in the cases cited by Respondent have enough differences that additional briefing would be helpful to the court.  Accordingly, Respondent's motion is HEREBY DENIED.  Respondent shall file a response to the petition within thirty (30) days of the date of service of this order and Petitioner may file a traverse within forty (40) days thereafter.

IT IS SO ORDERED.

**Dated:** **February 15, 2008**     /s/  **William M. Wunderlich**
                   UNITED STATES MAGISTRATE JUDGE

1